**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| CURTIN MARITIME | § | C.A. NO. _____ |
| CORPORATION | § | |
| | § | |
| | § | (ADMIRALTY) |
| v. | § | |
| | § | |
| M/V EPIC EXPLORER, *in rem,* | § | JUDGE |
| EPIC COMPANIES, LLC, *in personam*, | § | |
| EPIC DIVING & MARINE | § | |
| SERVICES, *in personam*, and | § | MAGISTRATE |
| EPIC APPLIED TECHNOLOGIES, LLC, | § | |
| *in personam* | § | |

## MOTION FOR ISSUANCE OF WARRANT OF ARREST, *IN REM*

NOW COMES Plaintiff, Curtin Maritime Corporation (hereinafter "Curtin" or "Plaintiff"), the Plaintiff in the above captioned and numbered cause, and through its counsel of record, files this Motion for Issuance of Warrant of Arrest, and in support thereof, would respectfully show unto this Honorable Court as follows:

### I.

Plaintiff Curtin has filed a Verified Complaint in accordance with Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, which described with reasonable particularity the property that is the subject to this action, named the M/V EPIC EXPLORER, and stated that said vessel is or will be within this District and within the jurisdiction of this Honorable Court.

### II.

As set forth in Plaintiff's Verified Complaint, Plaintiff has an *in rem* right and a right of arrest for unpaid invoices for the towage, anchoring, fuel and other necessaries provided to the M/V EPIC EXPLORER, and therefore the conditions necessary for an action *in rem* exist.  Thus,

as Plaintiff seeks to enforce a maritime lien against the Vessel, a maritime action *in rem* is available under Rule C(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Supplemental Rules").

### III.

The M/V EPIC EXPLORER should be arrested and seized by the United States Marshall and Plaintiff prays for process to arrest and attach the said M/V EPIC EXPLORER to the amount of the lien, Sixty-Nine Thousand One Hundred Sixty- Seven and 12/100 Dollars ($69,167.12), plus interest, costs and attorneys' fees.

### IV.

Pursuant to LAR 64.3, Curtin hereby requests that the United States Marshal for the Western District of Louisiana allow the vessel to continue repairs and cargo operations and to move or shift to a safe berth and/or anchorage within this District while under arrest.

### V.

WHEREFORE, Plaintiff Curtin Maritime Corporation respectfully requests and prays that this Honorable Court authorize the Clerk of the Court to issue a Warrant for the arrest of the M/V EPIC EXPLORER as it lays afloat on the navigable waters of the United States within this jurisdiction pursuant to the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Respectfully submitted,

**SCHOUEST, BAMDAS, SOSHEA &BEN-MAIER**,

By: */s/ Morgan E. Kelley*
 Michael McAlpine (#9195)
 mmcalpine@sbsblaw.com
 Morgan Kelley (#38299)

mkelley@sbsblaw.com
365 Canal Street, Suite 2730
New Orleans, Louisiana 70130
Phone: (504) 561-0323


**OF COUNSEL:**
Timothy W. Strickland
strick@sbsblaw.com
Stacey T. Norstrud
snorstrud@sbsblaw.com
1001 McKinney, Suite 300
Houston, Texas 77002
Phone: (713) 588-0446
Fax: (713) 574-2942

**ATTORNEYS FOR PLAINTIFF**
**CURTIN MARITIME CORPORATION**