UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**CURTIN MARITIME CORP.**             **CASE NO. 6:19-CV-01036**

**VERSUS**                            **JUDGE ROBERT R. SUMMERHAYS**

**M/V EPIC EXPLORER, ET AL.**         **MAGISTRATE JUDGE DAVID J. AYO**

## ORDER

In light of the pending bankruptcy proceedings,[1] the Clerk of Court is INSTRUCTED to ADMINISTRATIVELY CLOSE this case without prejudice to it being reopened after Defendants' bankruptcy proceedings are concluded or the bankruptcy stay is lifted.

THUS DONE in Chambers on this 15th day of September, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] *See* ECF No. 10; *see also In re Epic Companies, LLC, et al.* No. 19-34752 (Bankr. S.D. Tex., filed Aug. 26, 2019).