**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| To: | All Counsel of Record |
| Issued By: | Judge Robert R. Summerhays |
| Re: | Curtin Maritime Corp. v. M/V Epic Explorer, et al. 6:19-cv-1036 |
| Date: | March 7, 2025 |

## **MINUTE ENTRY**

On or before April 8, 2025, counsel are to submit a Joint Status Report and advise whether this suit is now in a posture to be reopened.